# PD-0861&0862-15

NO._____

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 14 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

---

STEVEN ERIC BREED
Petitioner

v.

THE STATE OF TEXAS
Respondent

---

FILED IN
COURT OF CRIMINAL APPEALS

JUL 14 2015

Abel Acosta, Clerk

From Appeal No. 13-13-00382-CR
No. 13-13-00383-CR

Trial Cause No. F12-00533-V
No. F12-51946-V

292nd District Court Dallas County, Texas

## FIRST MOTION FOR EXTENSION OF TIME TO FILE

## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS:

Comes now, Steven Eric Breed, Petitioner Pro Se, and files this Motion for an extension of 90 (ninety) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

I.

The Petitioner was convicted in the 292nd District Court of Dallas County, Texas of the offense of Burglary in Cause No. F12-00533-V and F12-51946-V, styled State of Texas vs. Steven Eric Breed. The Petitioner appealed to the Court of Appeals, Thirteenth District of Texas, Corpus Christi. The case was affirmed on 6-11-2015.

## II.

The present deadline for filing the Petition for Discretionary Review is 7-11-15. The Petitioner has not requested any extention prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not notified of the decision of the court of appeals in affirming his case until 6-20-2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on appeal has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No._____ to 9-9-2015.

Steven Eric Breed
Petitioner, Pro Se
TDC# 1859585
Huntsville Unit
815 12th Street
Huntsville, Tx 77348

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, Dallas County Texas, and to the State Prosecuting Attorney, P.O.Box 12405, Austin, TX 78711 on 9th day of July , 2015.

Petitioner, Pro Se